
**FILED**
7/11/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**
JUN 0 8 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Crystal Eunique Rounds

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Sheriff Tom Dart of Cook County Dept. of Corrections


1:16-cv-6018
Judge Sara L. Ellis
Magistrate Judge Maria Valdez
PC9

(Enter above the full name of ALL defendants in this action. **Do not use "et al."**)

**CHECK ONE ONLY:**

✓  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A. Name: Crystal Rounds

    B. List all aliases: N/A

    C. Prisoner identification number: R90293

    D. Place of present confinement: Logan C.C.

    E. Address: PO Box 1000 Lincoln, Illinois 62656

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Tom Dart

        Title: Sheriff

        Place of Employment: Cook County Jail

    B. Defendant: _____

        Title: _____

        Place of Employment: _____

    C. Defendant: _____

        Title: _____

        Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:** None

    A.    Name of case and docket number: _____

    B.    Approximate date of filing lawsuit: _____

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D.    List all defendants: _____

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F.    Name of judge to whom case was assigned: _____

    G.    Basic claim made: _____

    H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I.    Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.     **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Plaintiff experienced violation of the 8th Amendment Cruel and unusual punishment. While being detained in Cook County Jail, Crystal Rounds was exposed to extreme deprivation of no access to heat and hot water while being housed in division 3. Plumbers had to constantly come at least twice a week to fix hot water (• Carver v. Knox County, Tenn. 753 F. Supp. 1370, 1389) and plumbing in showers. Drainage in shower was constantly clogged up and over flowing with sewer-age water. We moved to division 3 July 8 2014 mid (• Wilson vs. Seiter 501 US 304 11 S.Ct 2321) Summer. It was around 50° in the building. Were allowed only 2 blankets. Durning winter, it was freezing cold every night whereas we had to sleep with 2 blankets, Jackets, and fully dressed. We were even allowed blankets in the dayroom it was so cold. There was mold in shower area and slop sink area where we had to wash our bowls, hair, and get water from. Tier workers had to scrub these areas and walls everyday, 7 days a week at leam before dayroom opened to try to conseal it

from Dept. of Justice. For them to house us in division 3, being lawfully condemned by Illinois Dept. of safety, sanitation, public health constitutes at minimum is cruel and unusual. It was just inhumane. I, crystal Rounds wrote grievances pretainning to incident but they were ignored. These conditions of living failed to meet minimum constitutional standards. Basic ^human needs were violated numereous times which lead to building being closed. Also during stay Ms Rounds was sexually assaulted by D.O.C. staff which was my Pace teacher. Ms Lounds testified against him, and he was still acquitted. My living conditions werent met as well as my safety. Was harassed by a Sergant and other inmates due to Correctional officers exposing my buisness and giving out personal information about incident. I had to Get counseling from mental health also about this incident. Ms Rounds was also diagnosed with seborrheic dermatitis Cause by stress and living conditions in the Jail. No one should have to live like this. Something needs to be done.

Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Someone needs to help fix Cook County Jail for future inmates but Ms Crystal Rounds would like to be paid for her pain and suffering and having to live inhumane for that time period. Please + Thank you.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Subscribed + sworn before me this 27th day of May, 2016

Deanna A Bigger

Signed this 24 day of May, 2016

_Crystal E. Rounds_
(Signature of plaintiff or plaintiffs)

Crystal E. Rounds
(Print name)

R98293
(I.D. Number)

**OFFICIAL SEAL**
**DEANNA A. BIGGER**
Notary Public - State of Illinois
My Commission Expires 10/22/2019

PO Box 1000 Lincoln, Illinois 62656 (current prison)
7404 S. Chappel Chicago, Illinois 60649 (Home)
(Address)

6  Revised 9/2007